IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

TEANDRE DEWAYNE
ABRAMS ,

     Appellant,

v.

STATE OF FLORIDA ,

     Appellee.

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-4861

_____/

Opinion filed November 13, 2015.

An appeal from the Circuit Court for Escambia County.
Edward P. Nickinson, I I I, Judge.

Nancy A. Daniels, Public Defender, Colleen Dierdre Mullen, Assistant Public Defender, for Appellant.

Pamela Jo Bondi, Attorney General, Jillian Hope Reding, Assistant Attorney General, for Appellee.

PER CURIAM.

     AFFIRMED.

BENTON, OSTERHAUS, and BILBREY, JJ., CONCUR.